IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 09-cv-01681-WYD-MEH

ISABELLE PEREZ, a Minor, by and through her Mother and Conservator,
CYNTHIA CARDENAS,

      Plaintiff,

v.

JOAN HENNEBERRY, in her individual and official capacity as the Executive Director of
the COLORADO DEPARTMENT OF HEALTH CARE POLICY AND FINANCING, and
GARY H. ASHBY, individually and in his official capacity as Manager of the Benefits
Coordination Section in the COLORADO DEPARTMENT OF HEALTH CARE POLICY
AND FINANCING,

      Defendants.

---

**MINUTE ORDER**

---

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

      Plaintiff's Unopposed Motion to File First Amended Motion for Partial Summary
Judgment, and Under Seal (docket #43) is **GRANTED.** Accordingly, the motion for
summary judgment attached to the pending motion is accepted for filing under seal.
Defendants' response to the amended motion for summary judgment shall be filed not
later than **May 10, 2010.**

      Additionally, Plaintiff's first motion for summary judgment (docket #35) is **DENIED
AS MOOT.**

      Dated: April 16, 2010.