**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Wiley Y. Daniel**

Civil Action No.  09-cv-01681-WYD-MEH

ISABELLE PEREZ, a Minor, by and through her Mother and Conservator, CYNTHIA CARDENAS,

      Plaintiff,

v.

JOAN HENNEBERRY, in her individual and official capacity as the Executive Director of the COLORADO DEPARTMENT OF HEALTH CARE POLICY AND FINANCING, and GARY H. ASHBY, individually and in his official capacity as Manager of the Benefits Coordination Section in the COLORADO DEPARTMENT OF HEALTH CARE POLICY AND FINANCING,

      Defendants.

**MINUTE ORDER**

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

      Plaintiff's Motion for Leave to File Supplement to First Amended Motion for Partial Summary Judgment (ECF No. 76), filed October 29, 2010, is **GRANTED.**  The supplement is accepted for filing.  Defendants may file a brief response to the supplement, if they wish, not later than **Monday, November 29, 2010.**

      Dated:  November 8, 2010.