**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge William J. Martínez**

Civil Action No. 09-cv-01681-WJM-MEH

I.P., a minor, by and through her mother and conservator, Cynthia Cardenas,

    Plaintiff,

v.

SUSAN E. BIRCH, in her official capacity as the Executive Director of the Colorado Department of Health Care Policy and Financing, and
DAVID SMITH, in his official capacity as Manager of the Benefits Coordination Section in the Colorado Department of Health Care Policy and Financing,

    Defendants.

---

### ORDER GRANTING MOTION FOR PUBLICATION

---

This matter comes before the Court on the parties' Joint Motion for Publication of this Court's April 26, 2011 Order (ECF No. 146).  The Court being fully advised hereby ORDERS as follows:

The Joint Motion for Publication is GRANTED.  The Order entered on April 26, 2011 addressing the parties' Motions for Summary Judgment will be submitted by Chambers for official publication, with any reference to the minor Plaintiff in the caption or in text of the Order to be by initials only.

Dated this day 6th of July, 2011.

BY THE COURT:

_____
William J. Martínez
United States District Judge