**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 09-cv-01681-WJM-MEH

I.P., a minor, by and through her mother and conservator, Cynthia Cardenas,

    Plaintiff,

v.

SUSAN E. BIRCH, in her official capacity as the Executive Director of the Colorado Department of Health Care Policy and Financing, and
DAVID SMITH, in his official capacity as Manager of the Benefits Coordination Section in the Colorado Department of Health Care Policy and Financing,

    Defendants.

---

**ORDER GRANTING STIPULATED MOTION TO DISMISS WITH PREJUDICE**

---

    This matter is before the Court on the Stipulated Motion for Dismissal With Prejudice filed July 29, 2011. (ECF No. 149.)  The Court being fully advised hereby ORDERS as follows:

    The Stipulated Motion for Dismissal with Prejudice is GRANTED.  The above-captioned case is hereby DISMISSED WITH PREJUDICE.  Each party shall be responsible for her or its own costs and attorney's fees.

    Dated this 1st day of August, 2011.

BY THE COURT:

_____
William J. Martínez
United States District Judge